**VELVA L. PRICE, District Clerk, Travis County Courthouse, Third Floor**

# RECEIPT AND EXECUTION OF MANDATE FROM
# THE COURT OF APPEALS
# BY THE CRIMINAL DISTRICT CLERK

Mr. Jeffrey D. Kyle, Clerk                                             January 08, 2015
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711-2547

Criminal Division
P.O. Box 679004,
Austin, Texas, 78767

FILED
*January 12, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

     Re:    No.  **03-13-00690-CR**
                (Trial Court No.D-1-DC-10-202665-A)

     Styled: **JOE CARDONA**
             vs.
             The State of Texas

Dear Mr. Kyle:

Pursuant to Texas Rule of Appellate Procedure 87(b)(1), I hereby forward my acknowledgment of the receipt and the execution of the mandate on **JANUARY 8, 2015** from the Court of Appeals in the above cause.  The official execution of this mandate is recognized by the Travis County Sheriff whereas the capias after mandate, official notice of mandate, or transfer of inmate to proper authorities, has been executed and or is in the process of being executed hereby placing the defendant within the proper jurisdiction of the trial court.

                                   Respectfully,

                                   **VELVA L. PRICE**
                                   **District Clerk**
                                   Travis County, Texas



          By:        _____
                  Deputy,JESSICA CONTRERAS

## COUNTY OF TRAVIS
## STATE OF TEXAS

**VELVA L. PRICE**
**District Clerk**

Criminal Division
P.O. Box 679004,
Austin, Texas, 78767

January 08, 2015

Manager, Felony Court Services
Community Supervision and Corrections Department
Travis County
P.O. Box 1748
Austin, Texas 78767

 RE: D-1-DC-10-202665-A
  State Vs. **JOE CARDONA**

Dear Sirs:

 You will find enclosed herewith a certified copy of the Mandate from the Court of Appeals which has been received and filed in the above referenced cause.

 This certified copy is made available to you because the punishment assessed against the defendant was probated.

    Respectfully,
    **VELVA L. PRICE**
    **District Clerk, Travis County, Texas**



  By:_____

Enclosures